FILED'06 JUN 27 11:36USDC-ORE

**Michael C. Baxter**, Oregon State Bar ID Number 91020
michael@baxterlaw.com
**Justin M. Baxter**, Oregon State Bar ID Number 99217
justin@baxterlaw.com
Baxter & Baxter, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorneys for Plaintiff Michael A. Karmolinski, II

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

MICHAEL A. KARMOLINSKI, II

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,
a foreign corporation,
EXPERIAN INFORMATION SOLUTIONS, INC.,
a foreign corporation,
TRANS UNION LLC,
a foreign corporation, and
CITIBANK SOUTH DAKOTA, N.A.,
a foreign corporation,

Defendants.

Case No. CV 04-1448-AA

ORDER DISMISSING DEFENDANT
EXPERIAN INFORMATION
SOLUTIONS, INC.

THIS MATTER having come before the Court on Plaintiff and Defendant Experian

Information Solutions, Inc.'s Joint Motion to Dismiss Defendant Experian Information Solutions,

ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS,
Page 1 INC.

Inc. and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Experian

Information Solutions, Inc., only, are dismissed with prejudice and without costs or fees to either

party.

DONE AND SO ORDERED on this 27 day of June _____, 2006.

_____
HONORABLE ANN AIKEN

ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS,
Page 2 INC.