IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

FILED '06 AUG 31 14:24 USDC-ORE

| | |
|---|---|
| **MICHAEL A. KARMOLINSKI, II,** | Civil Action |
| Plaintiff, | Case No. <u>CV04 1448-AA</u> |
| v. | |
| **EQUIFAX INFORMATION SERVICES LLC,** a foreign corporation, **EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, **TRANS UNION, LLC,** a foreign corporation and **CITIBANK SOUTH DAKOTA, N.A.**, a foreign corporation, | |
| Defendants. | |

## ORDER

Pursuant to a written motion entered into between the Plaintiff and Defendant Equifax Information Services LLC ("Equifax"), stating that the above-entitled action against Equifax has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the Plaintiff against Equifax are hereby dismissed with prejudice, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

This 31 day of August, 2006.

_____
Judge, United States District Court

US1900 9153225 1