**MICHAEL C. BAXTER**
Oregon State Bar ID Number 91020
michael@baxterlaw.com
**JUSTIN M. BAXTER**
Oregon State Bar ID Number 99217
justin@baxterlaw.com
Baxter & Baxter, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorneys for Plaintiff Michael A. Karmolinski, II

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **MICHAEL A. KARMOLINSKI, II**<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES LLC**, a foreign corporation,<br>**EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation,<br>**TRANS UNION LLC**, a foreign corporation, and<br>**CITIBANK SOUTH DAKOTA, N.A.**, a foreign corporation,<br><br>Defendants. | Case No. CV 04-1448-AA<br><br>**ORDER DISMISSING DEFENDANT TRANS UNION LLC** |

THIS MATTER having come before the Court on Plaintiff and Defendant Trans Union

LLC's Joint Motion to Dismiss Defendant Trans Union LLC and pursuant to FRCP 41(a)(2);

Page 1 ORDER DISMISSING DEFENDANT TRANS UNION LLC

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Trans Union LLC are dismissed with prejudice and without costs or fees to either party.

DONE AND SO ORDERED on this 17 day of January, 2008.

_____
HONORABLE ANN AIKEN